[No. 4683–4–III. Division Three. December 23, 1982.]

JEROME P. GUTZWILER, ET AL, *Respondents,* v. B. J. MATTHEWS, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Chelan County, No. 34539, Charles W. Cone, J., entered July

13, 1981. *Affirmed* by unpublished opinion per Roe, J., concurred in by McInturff, C.J., and Munson, J.